```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


JAMES DOUGLAS SMITH            ]
     Plaintiff,                 ]
                                ]
v.                              ]      No. 3:14-1902
                                ]      Judge Trauger
IREANA FITZGERALD, et al.       ]
     Defendants.                ]
```

**O R D E R**

By an order (Docket Entry No.2) entered October 8, 2014, the *pro se* plaintiff was granted thirty (30) days in which to either pay the filing fee of four hundred dollars ($400) or submit an application to proceed in forma pauperis.

The plaintiff was forewarned that, in the event he failed to comply with these instructions in a timely manner, the Court would presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court. Moreover, it appears that the plaintiff has been released from custody without providing the Court a forwarding address. *See* Docket Entry No.5.

Accordingly, this action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of

prosecution. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 605 (6th Cir. 1997).

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge